## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

CHAMBERS OF
**ESTHER SALAS**
UNITED STATES DISTRICT JUDGE

MARTIN LUTHER KING COURTHOUSE
50 WALNUT ST.
ROOM 2037
NEWARK, NJ 07101
973-297-4887

March 27, 2012

### LETTER OPINION & ORDER

Re:   *Lloyd Bunner v. PSE&G*
      Civil Action No. 11-2744 (ES)

Dear Counsel:

Before the Court is a motion to remand filed by Plaintiff Lloyd Bunner ("Plaintiff" or "Bunner"). (*See* Docket Entry No. 8). Plaintiff seeks to have this matter remanded to the Superior Court of New Jersey, Law Division, Essex County, where Plaintiff originally filed his Complaint. (*See* Pltf. Moving Br. at 1).

On March 9, 2012, Magistrate Judge Cathy Waldor issued a thorough and thoughtful Report and Recommendation (Docket Entry No. 30) recommending that this Court deny Plaintiff's motion to remand. Magistrate Judge Waldor advised the parties that they had fourteen days to file and serve any objections to the Report and Recommendation pursuant to Local Civil Rule 72.1(c)(2). No objections have been filed in response thereto.

Notwithstanding the lack of objections, the Court has considered the parties' submissions in support of and in opposition to Plaintiff's motion, as well as Judge Waldor's Report and Recommendation, and for the reasons stated therein,

IT IS on this 27th day of March 2012,

ORDERED that this Court adopts Judge Waldor's March 9, 2012 Report and Recommendation in full, and thus denies Plaintiff's motion to remand; and it is further

ORDERED that the Clerk of Court shall terminate Docket Entry Nos. 8 and 30.

**SO ORDERED.**

*s/Esther Salas*
**Esther Salas, U.S.D.J.**